# Notice Recipients

District/Off: 0754–3      User: admin      Date Created: 10/14/2014

Case: 14–31021–lkg      Form ID: 318      Total: 47

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion10.es.ecf@usdoj.gov |
| tr | Robert E Eggmann | reetrustee@demlawllc.com |
| aty | Michael R Glenn | mglenn7777@yahoo.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Aljim Deva | 1402 Lemon St.    Highland, IL 62249 |
| 3491769 | ATTMobility | 1801 Valley View Lane    Dallas, TX 75234–8906 |
| 3491766 | Alliance One Receivables Management | 4850 Street Rd., Ste. 300    Feasterville Trevose, PA 19053 |
| 3491767 | Applied Card Bank | 4700 Exchange Court    Boca Raton, FL 33431–0966 |
| 3491768 | Arvon Funding LLC | c/o NACM South Atlantic    6290 Edgewater Drive    Orlando, FL 32810 |
| 3491770 | CBCS | POB 163250    Columbus, OH 43216 |
| 3491771 | CCB Credit Services | 5300 S. 6th St.    Springfield, IL 62703 |
| 3491772 | Charter Communications | POB 790086    Saint Louis, MO 63179–0086 |
| 3491773 | Convergent Outsourcing | 800 SW 39th St.    P.O. Box 9004    Renton, WA 98057 |
| 3491774 | Credit Management, LP | 4200 International Parkway    Carrollton, TX 75007–1906 |
| 3491775 | Department of the Treasury | Financial Management Service    P.O. Box 1686    Birmingham, AL 35201 |
| 3491776 | DirecTV | P.O. Box 60036    Los Angeles, CA 90060 |
| 3491777 | Dish Network | Dept. 0063    Palatine, IL 60055–0063 |
| 3491778 | Diversified Consultants, Inc. | P.O. Box 571    Fort Mill, SC 29716 |
| 3491779 | Enhanced Recovery Company | POB 57547    Jacksonville, FL 32241 |
| 3491780 | First National Collection Bureau, Inc. | 610 Waltham Way    Sparks, NV 89434 |
| 3491781 | First Premier Bank | 3820 N. Louise Ave.    Sioux Falls, SD 57107–0145 |
| 3491782 | Firstsource Financial Solutions, Inc. | 7650 Magna Dr.    Belleville, IL 62223–3366 |
| 3491783 | Gem City Account Service | 200 N. 8th St., Suite 104    Quincy, IL 62301–3070 |
| 3491784 | HSBC Bank | P.O. Box 5253    Carol Stream, IL 60197 |
| 3491785 | IBAR, Inc. | c/o Kevin Davlin    Livingstone, Mueller, O'Brien &Davlin    POB 335    Springfield, IL 62705 |
| 3491786 | Illinois Department of Revenue | P.O. Box 19009    Springfield, IL 62794–9009 |
| 3491787 | Internal Revenue Service | P.O. Box 7346    Philadelphia, PA 19101–7346 |
| 3491788 | MCSI | 7330 College Dr.    Palos Heights, IL 60463 |
| 3491789 | Midland Funding | c/o David Olefsky    Blitt &Gaines PC    661 Glenn Ave.    Wheeling, IL 60090 |
| 3491790 | Missouri Dept. of Revenue | Taxation Division    POB 3390    Jefferson City, MO 65105 |
| 3491792 | Moon Sung Song | c/o Benedict Y. Song    4951 Laclede Ave. Apt. 3E    Saint Louis, MO 63108 |
| 3491791 | Moon Sung Song | c/o Benedict Yongkuk Song    4951 Laclede Ave, Apt. 3E    Saint Louis, MO 63108 |
| 3491794 | OFallon Water &Sewer Department | 255 S. Lincoln Ave.    O Fallon, IL 62269 |
| 3491793 | Ocwen Loan Servicing, LLC | 1661 Worthington RD, Ste 100    West Palm Beach, FL 33409 |
| 3491795 | Portfolio Recovery | 120 Corporate Blvd.    Norfolk, VA 23502 |
| 3491796 | Pro Com Services of Illinois | 3301 Constitution Dr., Ste. D    Springfield, IL 62711–7109 |
| 3491798 | RDK Collection Services | 16211 N. Scottsdale Rd., Ste 172    Scottsdale, AZ 85254 |
| 3491799 | RDK Collection Services | 318 John R. Rd., PMB 321    Troy, MI 48083 |
| 3491800 | RLP Development Company, Inc. | c/o Ronald Lowery    POB 367    Litchfield, IL 62056 |
| 3491797 | Rapid Advance LLC | 7316 Wisconsin Ave    Ste 350    Bethesda, MD 20814 |
| 3491802 | SIU Physicians &Surgeons | P.O. Box 20907    Springfield, IL 62708–0907 |
| 3491801 | Salije Deva | 1402 Lemon St.    Highland, IL 62249 |
| 3491803 | Springfield Clinic | P.O. Box 19248    Springfield, IL 62794–9248 |
| 3491804 | St. John's Hospital | PO Box 5660    Springfield, IL 62705 |
| 3491805 | T–Mobile | P.O. Box 2400    Young America, MN 55553–2400 |
| 3491806 | Wells Fargo DLRSVC/WACHO | POB 1697    Winterville, NC 28590 |
| 3491807 | Wisconsin Department of Revenue | Taxation Division    200 N Jefferson St, Rm 140    Green Bay, WI 54301 |
| 3491808 | Wisconsin Department of Revenue | Taxation Division    200 N Jefferson St, Rm 140    Green Bay, WI 54301 |

TOTAL: 44